57 A.3d 642

Lydell SWINSON, Petitioner

v.

COURT OF COMMON PLEAS CLERK OF COURT
PHILADELPHIA COUNTY; Office Of Civil
Administration, et al., Respondents.

No. 180 EM 2012.

Supreme Court of Pennsylvania.

Dec. 14, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of December, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**